BOWERS
v.
M'NUTT.

---

BOWERS *v.* M'NUTT.—On appeal.

A JUSTICE of the peace rendered judgment against a <span style="float:right">*Wednesday, November 27.*</span> defendant on the 30th of *June*, 1838. Two days afterwards, he granted the defendant a new trial unconditionally upon good cause shown. On the 21st of *August*, 1838, the day fixed for the new trial, the justice set aside the order for a new trial, and affirmed his previous judgment.

*Held*, that by the granting of the new trial, the original judgment was set aside; that the subsequent judgment of affirmance on the 21st of *August*, 1838, must be viewed as a judgment of that date in favour of the plaintiff for the amount of the first judgment; and that, therefore, the time for taking an appeal should be reckoned from the date of the judgment last rendered. Vide Stat. 1831, p. 303, sec. 30.